TDCJ Offender Details      03,334-01      Page 1 of 2

⭐ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     **TDCJ Home**     **New Offender Search**

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05947021 |
| **TDCJ Number:** | 01981234 |
| **Name:** | SCHULTZ,ROLAND HAYES III |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1982-03-11 |
| **Maximum Sentence Date:** | 2028-12-21 |
| **Current Facility:** | C MOORE |
| **Projected Release Date:** | 2020-11-23 |
| **Parole Eligibility Date:** | 2015-09-15 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***    ●

**SPECIAL INFORMATION FOR SCHEDULED RELEASE:**

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2003-02-10 | POSS CONT SUBS COCAINE | 2004-02-24 | PALO PINTO | 12,224 | 7-00-00 |
| | | | | | |